UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

In re:
                                                            Chapter 11

Nassau Brewing Company Landlord LLC,

                                    Debtor.

----------------------------------------------------------------x          Case No. 21-41852-JMM


## <u>NOTICE OF ADJOURNMENT</u>

      PLEASE TAKE NOTICE THAT the status conference scheduled for Wednesday,

August 18, 2021 at 10:00 a.m. is adjourned to September 1, 2021 at 10:00 a. on consent of parties.

Dated: August 16, 2021

                                    GOLDBERG WEPRIN FINKEL
                                    GOLDSTEIN LLP

                         By:     /s/ Daniel Goldenberg
                                 Daniel Goldenberg
                                 Attorneys for Debtor
                                 1501 Broadway, 22nd Floor
                                 New York, NY 10036
                                 (212) 221-5700