# UNITED STATES BANKRUPTCY COURT

__Eastern__ DISTRICT OF __New York__

__Brooklyn__

In re:  §  Case No. __21-41852__
__Nassau Brewing Company Landlord LLC__  §
 §
_____  §
Debtor(s)  §  ☐ Jointly Administered

## Amended Post-confirmation Report                              Chapter 11

Quarter Ending Date: __12/31/2024__                        Petition Date: __07/16/2021__

Plan Confirmed Date: __05/12/2024__                        Plan Effective Date: __08/02/2024__

This Post-confirmation Report relates to:   ⦿ Reorganized Debtor

　　　　　　　　　　　　　　　　　　　　 ◯ Other Authorized Party or Entity: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Name of Authorized Party or Entity

/s/ J. Ted Donovan                                           J. Ted Donovan
Signature of Responsible Party                      Printed Name of Responsible Party

03/25/2025
Date
                                                                              Goldberg Weprin Finkel Goldstein LLP
                                                                              125 Park Avenue, 12th Fl, NY, NY 10017
                                                                              Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name: Nassau Brewing Company Landlord LLC

Case No. 21-41852

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $0 | $10,713,314 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $0 | $10,713,314 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $277,588 | $0 | $277,588 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Goldberg Weprin Finkel Goldst | Lead Counsel | $0 | $277,588 | $0 | $277,588 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name  Nassau Brewing Company Landlord LLC                                              Case No.  21-41852

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name: Nassau Brewing Company Landlord LLC

Case No. 21-41852

|   |            |   |   |   |   |   |
|---|------------|---|---|---|---|---|
|   | lxxii      |   |   |   |   |   |
|   | lxxiii     |   |   |   |   |   |
|   | lxxiv      |   |   |   |   |   |
|   | lxxv       |   |   |   |   |   |
|   | lxxvi      |   |   |   |   |   |
|   | lxxvii     |   |   |   |   |   |
|   | lxxviii    |   |   |   |   |   |
|   | lxxix      |   |   |   |   |   |
|   | lxxx       |   |   |   |   |   |
|   | lxxxi      |   |   |   |   |   |
|   | lxxxii     |   |   |   |   |   |
|   | lxxxiii    |   |   |   |   |   |
|   | lxxxiv     |   |   |   |   |   |
|   | lxxxv      |   |   |   |   |   |
|   | lxxxvi     |   |   |   |   |   |
|   | lxxxvi     |   |   |   |   |   |
|   | lxxxvi     |   |   |   |   |   |
|   | lxxxix     |   |   |   |   |   |
|   | xc         |   |   |   |   |   |
|   | xci        |   |   |   |   |   |
|   | xcii       |   |   |   |   |   |
|   | xciii      |   |   |   |   |   |
|   | xciv       |   |   |   |   |   |
|   | xcv        |   |   |   |   |   |
|   | xcvi       |   |   |   |   |   |
|   | xcvii      |   |   |   |   |   |
|   | xcviii     |   |   |   |   |   |
|   | xcix       |   |   |   |   |   |
|   | c          |   |   |   |   |   |
|   | ci         |   |   |   |   |   |

|    |                                                                                                |           | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|----|------------------------------------------------------------------------------------------------|-----------|--------------------------|---------------------|----------------------|-----------------|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | | | | |
|    | *Itemized Breakdown by Firm*                                                                   |           |                          |                     |                      |                 |
|    | Firm Name                                                                                      | Role      |                          |                     |                      |                 |
|    | i                                                                                              |           |                          |                     |                      |                 |
|    | ii                                                                                             |           |                          |                     |                      |                 |
|    | iii                                                                                            |           |                          |                     |                      |                 |
|    | iv                                                                                             |           |                          |                     |                      |                 |
|    | v                                                                                              |           |                          |                     |                      |                 |
|    | vi                                                                                             |           |                          |                     |                      |                 |

Debtor's Name: Nassau Brewing Company Landlord LLC    Case No. 21-41852

| | | | | | |
|---|---|---|---|---|---|
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |

Debtor's Name Nassau Brewing Company Landlord LLC                                   Case No. 21-41852

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

Debtor's Name: Nassau Brewing Company Landlord LLC

Case No. 21-41852

|   |       |   |   |   |   |   |   |
|---|-------|---|---|---|---|---|---|
|   | xci   |   |   |   |   |   |   |
|   | xcii  |   |   |   |   |   |   |
|   | xciii |   |   |   |   |   |   |
|   | xciv  |   |   |   |   |   |   |
|   | xcv   |   |   |   |   |   |   |
|   | xcvi  |   |   |   |   |   |   |
|   | xcvii |   |   |   |   |   |   |
|   | xcviii|   |   |   |   |   |   |
|   | xcix  |   |   |   |   |   |   |
|   | c     |   |   |   |   |   |   |
|   | ci    |   |   |   |   |   |   |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

|  | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $277,588 | $0 | $277,588 | $277,588 | 100% |
| b. Secured claims | $18,847,713 | $0 | $18,847,713 | $27,311,998 | 69% |
| c. Priority claims | $96 | $0 | $0 | $96 | 0% |
| d. General unsecured claims | $1,286,434 | $0 | $250,000 | $1,286,434 | 19% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?  Yes ○  No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: 06/30/2025

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ⦿  No ○

Debtor's Name  Nassau Brewing Company Landlord LLC    Case No. 21-41852

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ J. Ted Donovan    J. Ted Donovan for Goldberg Weprin Finkel Goldstein
Signature of Responsible Party    Printed Name of Responsible Party

Disbursing Agent    03/25/2025
Title    Date

Debtor's Name: Nassau Brewing Company Landlord LLC

Case No. 21-41852





Debtor's Name  Nassau Brewing Company Landlord LLC          Case No. 21-41852

![Bankruptcy Table 51-100 barcode]

![Non-Bankruptcy Table 1-50 barcode]



![Non-Bankruptcy Table 51-100 barcode]



![Part 3, Part 4, Last Page barcode]