UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Nassau Brewing Company Landlord LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-41852-JMM |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, depose and say that I am employed by Omni Agent Solutions, Inc.

On February 4, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Notice of Hearing**
- **Application for Entry of Final Decree**
- **Order and Final Decree Closing Chapter 11 Case**

Dated: February 5, 2025

                                                                   _____
                                                                   Randy Lowry
                                                                   Omni Agent Solutions
                                                                   5955 DeSoto Avenue, Suite 100
                                                                   Woodland Hills, CA 91367
{State of California          }         818-906-8300
{                              } ss.
{County of Los Angeles         }

Subscribed and sworn to (or affirmed) before me on this 5th day of February, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

# **EXHIBIT A**

**Nassau Brewing Company Landlord LLC - U.S. Mail**  **Served 2/4/2025**

| | | |
|---|---|---|
| ALL CITY METAL<br>5435 46TH ST<br>MASPETH, NY 11378-1035 | APS ELECTRIC<br>C/O EMANUEL KATAEV, ESQ.<br>MILMAN LABUDA LAW GROUP PLLC<br>3000 MARCUS AVENUE, SUITE 3W8<br>LAKE SUCCESS, NY 11042-1073 | ARSENAL SCAFOLD INC.<br>C/O EDWARD ZINKER, P.C.<br>2150 JOSHUA'S PATH, SUITE 11E<br>HAUPPAUGE, NY 11788 |
| B&B IRON WORKS<br>2327 MCDONALD AVE<br>BROOKLYN, NY 11223 | BARONE STEEL<br>128 44TH ST<br>BROOKLYN, NY 11232-3310 | CHURCHILL REAL ESTATE HOLDINGS LLC<br>ATTN: ROBERT DAKIS, ESQ.<br>7 MERCER STREET, 2ND FLOOR<br>NEW YORK, NY 10013 |
| CROW MASTER HOLDINGS LLC<br>945 BERGEN STREET<br>BROOKLYN, NY 11216 | FORMACTIV<br>82 JOHN ST<br>BROOKLYN, NY 11201-1122 | HD ARCHITECTURAL GLASS & METAL<br>1573 BATH AVE<br>BROOKLYN, NY 11228-3822 |
| HD ARCHITECTURAL GLASS & METAL<br>C/O KALINA & MATTIA PC<br>80 CROSSWAYS PARK DR STE 300<br>WOODBURY, NY 11797-2047 | HE2PD<br>C/O ALLISON AROTSKY, ESQ.<br>MORITT HOCK & HAMROFF LLP<br>400 GARDEN CITY PLZ<br>GARDEN CITY, NY 11530-3322 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| JEREMY S. SUSSMAN, ESQ.<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE BOWLING GREEN<br>NEW YORK, NY 10004 | MD ELEVATOR<br>5621 AVENUE N<br>BROOKLYN, NY 11234-4007 | MMZD DEVELOPMENT LLC<br>ATTN: ROBERT DAKIS, ESQ.<br>LOSEY PLLC<br>44 COURT STREET, SUITE 1217<br>BROOKLYN, NY 11201 |
| NASSAU BREWING COMPANY LANDLORD LLC<br>ATTN: SEAN RUCKER, MANAGER<br>945 BERGEN STREET<br>BROOKLYN, NY 11238-3302 | NASSAU BREWING COMPANY MASTER TENANT<br>C/O BERNARD D. BOLLINGER JR., ESQ.<br>BUCHALTER P.C.<br>1000 WILSHIRE BLVD STE 1500<br>LOS ANGELES, CA 90017-1730 | NASSAU BREWING COMPANY MASTER TENANT<br>C/O JAMES BULGER, ESQ.<br>BURGHER GRAY LLP<br>1350 BROADWAY RM 406<br>NEW YORK, NY 10018-0970 |
| NASSAU BREWING COMPANY MASTER TENANT LLC<br>C/O CROW HILL DEVELOPMENT LLC<br>945 BERGEN STREET<br>BROOKLYN, NY 11216 | NEW YORK CITY DEPT OF FINANCE<br>OFFICE OF LEGAL AFFAIRS-COLLECTION UNIT<br>375 PEARL STREET, 30TH FLOOR<br>NEW YORK, NY 10038 | NEW YORK STATE ATTORNEY GENERAL<br>28 LIBERTY ST<br>NEW YORK, NY 10005-1400 |
| NICHOLAS PRUNTY<br>945 BERGEN STREET<br>BROOKLYN, NY 11216 | NYC DEP'T OF FINANCE<br>LEGAL AFFAIRS<br>345 ADAMS ST FL 3<br>BROOKLYN, NY 11201-3719 | NYC DEPARTMENT FINANCE<br>TAX, AUDIT AND ENFORCEMENT DIVISION<br>ATTN: BANKRUPTCY UNIT<br>375 PEARL STREET<br>NEW YORK, NY 10038 |
| NYC DEPT OF LAW<br>ATTN: BERNADETTE BRENNAN, ESQ.<br>100 CHURCH ST RM 5-233<br>NEW YORK, NY 10007-2601 | NYCTL 2021-A TRUST MTAG<br>C/O NICKOLAS KARAVOLAS, ESQ.<br>PHILLIPS LYTLE LLP<br>620 EIGHTH AVENUE, 38TH FLOOR<br>NEW YORK, NEW YORK 10018-1442 | NYS DEP'T OF TAXATION<br>BANKRUPTCY/SPECIAL PROCEDURE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 |
| PARE RESTAURANTS LLC<br>C/O KEVIN FRITZ<br>MEISTER SEELIG & FEIN<br>125 PARK AVE FL 7<br>NEW YORK, NY 10017-5627 | VALLEY NATIONAL BANK<br>C/O MARK W. SCHLUSSEL, ESQ.<br>ZEICHNER ELLMAN & KRAUSE LLP<br>730 THIRD AVENUE<br>NEW YORK, NY 10017 | WORKERS' COMPENSATION BOARD OF NY STATE<br>328 STATE STREET<br>SCHENECTADY NY 12305 |
| ZACHARY GOLDSTEIN<br>C/O KEVIN FRITZ, ESQ.<br>MEISTER SEELIG & FEIN<br>125 PARK AVE FL 7<br>NEW YORK, NY 10017-5627 | | Parties Served: 31 |