UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                                                      Chapter 11

Nassau Brewing Company Landlord LLC,                  Case No. 21-41852-JMM

                                    Debtor.
-------------------------------------------------------x

## STIPULATION AND CONSENT ORDER FOR RELEASE OF DIP ACCOUNTS

This stipulation and consent order (the "Stipulation and Order") is made by and between Nassau Brewing Company Landlord LLC (the "Debtor") with Valley National Bank (the "Lender").

WHEREAS, by Order dated May 13, 2024 **[ECF No. 232] (JMM)**, the Debtor confirmed its Revised Chapter 11 Plan of Reorganization [ECF No. 216] (the "Plan"), which Plan provided, *inter alia*, for the distribution of all proceeds from the liquidation of the Debtor's assets to make a partial payment of the secured claim held by VNB, except for a General Creditor Fund established by VNB to pay certain claims, including administrative expenses, priority claims and a pro rata dividend to general creditors; and

WHEREAS, during the Chapter 11 case, the Debtor maintained a series of Debtor in Possession checking accounts at VNB, including account numbers xxx9034 and xxx7937 (the "DIP Accounts"); and

WHEREAS, after all monies recovered under the Plan from the liquidation of assets have been distributed, there remain residual funds in certain of the DIP bank accounts, which funds are property of VNB under the terms of the Plan;

**NOW, THEREFORE,** the Parties hereby stipulate and agree as follows:

## STIPULATION

1.   Any and all funds currently on hand in the DIP Accounts shall be immediately released to VNB, which is authorized to execute all documents on behalf of the Debtor necessary to effectuate the release of the funds.

2.   This Stipulation and Consent Order may be executed in counterparts, all of which taken together shall constitute one and the same instrument. The Parties may execute this Stipulation by signing any such counterpart and delivering such counterpart by facsimile, electronically or otherwise.

Dated: New York, NY
       May 27, 2025

| | |
|---|---|
| Goldberg Weprin Finkel Goldstein LLP<br>Attorneys for the Debtor<br>125 Park Avenue, 12th Floor<br>New York, NY 10017 | Zeichner Ellman & Krause LLP<br>Attorneys for Valley National Bank<br>730 Third Avenue<br>New York, NY 10017 |
| By:  /s/ J. Ted Donovan, Esq. | By:  /s/ Bryan D. Leinbach, Esq |

**SO ORDERED.**

Dated: May 30, 2025
      Brooklyn, New York



_____
Jil Mazer-Marino
United States Bankruptcy Judge