UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                                  Chapter 11

Nassau Brewing Company Landlord LLC,                  Case No.  21-41852-JMM

                                Debtor.
---------------------------------------------------------x

## ORDER AND FINAL DECREE CLOSING CHAPTER 11 CASE

Upon the application **[ECF No. 256] (JMM)** of Goldberg Weprin Finkel Goldstein LLP as disbursing agent (the "Disbursing Agent") of Nassau Brewing Company Landlord LLC (the "Debtor") seeking entry of a final decree; and proper and sufficient notice having been given; and a hearing having been held on May 28, 2025; and no objections having been raised; and the Court finding that the Plan has been substantially consummated and the Chapter 11 case has been fully administered; it is hereby

ORDERED, that pursuant to the provisions of Bankruptcy Rule 3022, the above captioned Chapter 11 case be, and the same is closed, and a final decree is issued; and it is further

ORDERED, that the Disbursing Agent shall file a post-confirmation report of disbursements made since the last filed post-confirmation report, and pay all fees pursuant to 28 U.S.C. §1930, together with any applicable interest thereon through the date of dismissal, within seven (7) days of the entry of this Order.

Dated: July 8, 2025
       Brooklyn, New York

                                                                  _____
                                                                   Jil Mazer-Marino
                                                          United States Bankruptcy Judge